United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 24-13497-amc

James Varghese                                                          Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 2

Date Rcvd: Apr 18, 2025                  Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

**Recip ID              Recipient Name and Address**
db              +  James Varghese, 519 S Olds Blvd, Fairless Hills, PA 19030-3001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

**Name                        Email Address**

BRIAN CRAIG NICHOLAS
                              on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee
                              of CIM Trust 2021-R5 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

DANIELLE BOYLE-EBERSOLE
                              on behalf of Creditor Citigroup Mortgage Loan Trust 2024-RP3 dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com

DENISE ELIZABETH CARLON
                              on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee
                              of CIM Trust 2021-R5 bkgroup@kmllawgroup.com

GEORGE R. TADROSS
                              on behalf of Debtor James Varghese gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: Apr 18, 2025        Form ID: pdf900        Total Noticed: 1

            on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT BRIAN SHEARER

            on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 rshearer@raslg.com

ROBERT BRIAN SHEARER

            on behalf of Creditor Towd Point Mortgage Trust 2019-1 rshearer@raslg.com

United States Trustee

            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James Varghese | |
| Debtor(s) | CHAPTER 13 |
| | |
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-R5 | |
| Movant | NO. 24-13497 AMC |
| vs. | |
| James Varghese | |
| Debtor(s) | |
| Mary James | 11 U.S.C. Sections 362 and 1301 |
| Co-Debtor(s) | |
| | |
| Kenneth E. West | |
| Trustee | |

## ORDER

AND NOW, this       day of           , 2025 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and the Co-Debtor Stay provided under 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 907 Carver Street, Philadelphia, PA 19124 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 18, 2025**

_____
United States Bankruptcy Judge.