United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13497-amc |
| James Varghese | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 10, 2025 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Varghese, 519 S Olds Blvd, Fairless Hills, PA 19030-3001 |
| 14936816 | + | Citigroup Mortgage Loan Trust, c/o Danielle Boyle-Ebersole, Esq., Hladik Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales PA 19454-4156 |
| 14931666 | + | Mary James, 519 S Olds Blvd, Fairless Hills, PA 19030-3001 |
| 14931669 | | Rushmore Servicing, PO Box 605116, City of Industry, CA 91716 |
| 14981671 | + | The City of Philadelphia and/or, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 JFK Boulevard, 5th Floor Philadelphia PA 19102-1617 |
| 14986370 | + | U.S. Bank National Association, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 15001084 | | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14958132 | | Wilmington Savings Fund Society, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 11 2025 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2025 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 11 2025 00:25:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 00:24:00 | U.S. Bank National Association, not in its individ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 00:24:00 | Wilmington Savings Fund Society. FSB, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 11 2025 00:24:00 | Towd Point Mortgage Trust 2017-FRE2, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 11 2025 00:24:00 | Towd Point Mortgage Trust 2019-1, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14933127 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 11 2025 00:25:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |

Case 24-13497-amc    Doc 51    Filed 06/12/25    Entered 06/13/25 00:37:51    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| 14931661 | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 11 2025 00:25:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14945699 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2025 00:24:00 | AmeriCredit Financial Serivces, Inc., dba GM Financial, c/o Mandy Youngblood, P.O. Box 183853, Arlington TX 76096 |
| 14945205 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2025 00:24:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14937730 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2025 00:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14989604 | Email/Text: megan.harper@phila.gov | Jun 11 2025 00:25:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14982006 | Email/Text: megan.harper@phila.gov | Jun 11 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14957025 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2025 00:39:21 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14931662 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2025 00:37:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14950304 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2025 00:24:00 | Citigroup Mortgage Loan Trust 2024- RP3, c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14931663 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2025 00:25:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14931664 | Email/Text: ECF@fayservicing.com | Jun 11 2025 00:24:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234 |
| 14931665 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2025 00:24:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 14944359 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 11 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14934531 | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 00:24:00 | U.S. Bank National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14934883 | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 00:24:00 | Wilmington Savings Fund Society, c/o Maria Tsagaris, MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14934537 | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 00:24:00 | Wilmington Savings Fund Society. FSB, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14931667 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2025 00:24:00 | NMAC, Attn: bankruptcy dept, Po Box 660366, Dallas, TX 75266-0366 |
| 14957808 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2025 00:24:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14956942 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2025 00:38:38 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14931670 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 11 2025 00:25:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

Case 24-13497-amc  Doc 51  Filed 06/12/25  Entered 06/13/25 00:37:51  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14931671 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2025 00:38:04 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14950295 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 11 2025 00:25:00 | Towd Point Mortgage Trust 2017-FRE2, c/o Select Portfolio Servicing, Inc.,, P.O. Box 65250,, Salt Lake City, UT 84165-0250 |
| 14935784 | + | Email/Text: RASEBN@raslg.com | Jun 11 2025 00:24:00 | Towd Point Mortgage Trust 2017-FRE2, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14958562 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 11 2025 00:25:00 | Towd Point Mortgage Trust 2019-1, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14935823 | + | Email/Text: RASEBN@raslg.com | Jun 11 2025 00:24:00 | Towd Point Mortgage Trust 2019-1, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14934885 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 00:24:00 | U.S. Bank N.A. Trust 2021-NR4, c/o Maria Tsagaris, MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14934884 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 11 2025 00:24:00 | U.S. Bank N.A. Trust 2021-R5, c/o Maria Tsagaris, MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14958023 | ^ | MEBN | Jun 11 2025 00:10:30 | U.S. Bank National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14958024 | ^ | MEBN | Jun 11 2025 00:10:31 | U.S. Bank National Association, ET.AL., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14986313 | ^ | MEBN | Jun 11 2025 00:10:35 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14931672 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 11 2025 00:39:14 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14941875 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 11 2025 00:38:17 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank National Association, not in its individ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14931668 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Philadelphia Water Department, 1101 Market Street, 5th Floor, Philadelphia, PA 19107 |
| 14934533 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14958131 | * | U.S. Bank National Association et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2025 | Form ID: pdf900 | Total Noticed: 48 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

**Name** — **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-R5 brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor Citigroup Mortgage Loan Trust 2024-RP3 dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-R5 bkgroup@kmllawgroup.com

GEORGE R. TADROSS
on behalf of Debtor James Varghese gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT BRIAN SHEARER
on behalf of Creditor Towd Point Mortgage Trust 2019-1 rshearer@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 rshearer@raslg.com

SHERRI DICKS
on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JAMES VARGHESE<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 24-13497-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 10, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge